IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LOS REYES FIREWOOD,**
**PABLO REYES, JR.**

     **Plaintiffs,**

     vs.                                                     Civ. No. 14-641  KBM/SCY

**BERNALILLO COUNTY SHERIFF'S**
**DEPARTMENT,** *et al.*

     **Defendants.**

## ORDER

This matter is before the Court on Plaintiff Pablo Reyes' Motions to Stay and for Hearing re: Motion to Stay, *docs. 10, 12*.  Having reviewed the motions, the Court finds they are without merit and should be denied.

Plaintiff Reyes seeks to stay the instant action pending the outcome of "10th Cir. Ct. of Appeals Moot case 10-2026" on the basis that the outcome of that appeal will somehow affect the outcome of this case.  However, the Tenth Circuit has already decided the appeal in 10-2026, and the two related appeals, 10-2025, and 10-2027.  *See Reyes v. Unknown Agent (Badge 101)*, 389 F. App'x 847 (10th Cir. August 3, 2010).  Plaintiff's motions are therefore not well-founded and will be denied.

     **IT IS SO ORDERED.**

_____
**STEVEN C. YARBROUGH**
**United States Magistrate Judge**